UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20889-CIV-SEITZ/O'SULLIVAN

MONICA NASCO,

    Plaintiff,

v.

THE HERTZ CORPORATION and
FRANK MCELDERRY,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation of Magistrate Judge O'Sullivan [DE-16], in which he recommends granting in part Plaintiff's Motion for Attorney's Fees [DE-11]. No objections to the Report and Recommendation have been filed. Accordingly, it is

ORDERED that:

1) The above-mentioned Report and Recommendation of Magistrate Judge [DE-16] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order; and

2) Plaintiff's Motion for Attorney's Fees [DE-11] is GRANTED in part. Plaintiff is awarded $4,420 in attorney's fees.

DONE and ORDERED in chambers, Miami, Florida, this 25 day of January, 2010.

                        PATRICIA A. SEITZ
                        UNITED STATES DISTRICT JUDGE

cc: All counsel of record